UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-4337
_____

SUN LIFE ASSURANCE COMPANY OF CANADA

v.

WELLS FARGO BANK NA, AS SECURITIES INTERMEDIARY,
                                                          Appellant

_____

No. 16-4387
_____

SUN LIFE ASSURANCE COMPANY OF CANADA,
                                                          Appellant

v.

WELLS FARGO BANK NA, AS SECURITIES INTERMEDIARY
_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 3:14-cv-05789)
District Judge:  Honorable Peter G. Sheridan
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
August 19, 2019

Before: CHAGARES, RESTREPO, and FISHER, <u>Circuit</u> <u>Judges</u>.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R 34.1(a) on August 19, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on September 30, 2016, and the Judgment of the District Court entered on November 17, 2016, are hereby AFFIRMED. The parties shall bear their own costs. All of the above in accordance with the Opinion of the Court.

                ATTEST:

                s/ Patricia S. Dodszuweit
                Clerk

DATED: August 21, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** September 12, 2019

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**